**FILED**

JUN 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  F. ANTHONY EDWARDS, Bar No. 181606
   SIEBEL, FINTA & EDWARDS
2  1850 Mt. Diablo Blvd., Suite 650
   Walnut Creek, CA  94596
3  Telephone:   925.947.1600
4
   Attorneys for Plaintiff
5  CLAUDIA ADELMAN

6

7  PAULA CHAMPAGNE, Bar No. 76545
   LITTLER MENDELSON
8  A Professional Corporation
   650 California Street, 20th Floor
9  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
10

11 Attorneys for Defendant
   AMERICAN AIRLINES INC.
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                SAN FRANCISCO DIVISION

16 CLAUDIA ADELMAN,                  Case No. C-04-2467 MHP

17         Plaintiff,                **STIPULATION AND ORDER FOR
                                     DISMISSAL WITH PREJUDICE**
18   v.

19 AMERICAN AIRLINES and DOES 1
   through 50, inclusive,
20
           Defendants.
21

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693

STIPULATION AND ORDER FOR           1.              Case No. C-04-2467-MHP
DISMISSAL WITH PREJUDICE

Plaintiff Claudia Adelman and Defendant American Airlines, Inc., through their respective counsel, hereby stipulate to a dismissal with prejudice of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own fees and costs.

Dated: June 8, 2005

F. ANTHONY EDWARDS
SIEBEL, FINTA & EDWARDS

Attorneys for Plaintiff
CLAUDIA ADELMAN

Dated: June 10, 2005

PAULA CHAMPAGNE
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
AMERICAN AIRLINES, INC.

### ORDER

Based upon the above stipulation, the Court hereby orders this case dismissed with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: 6/22/05

UNITED STATES DISTRICT COURT JUDGE

Firmwide:80095120.1 009001.1282

| STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE | 2. | Case No. C-04-2467-MHP |